UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

JULIE DOMBROWSKI,

        Plaintiff,                          Case No. 2:20-cv-54

v.                                           Hon. Maarten Vermaat
                                           U.S. Magistrate Judge

COMMISSIONER OF SOCIAL SECURITY,

        Defendant.

_____/

## **JUDGMENT**

In accordance with the Opinion issued herewith, and for the reasons stated on the record, **IT IS ORDERED** that the Commissioner's decision is **AFFIRMED**.

Dated:  August 18, 2021                 /s/ *Maaten Vermaat*

                                       Maarten Vermaat
                                       U. S. MAGISTRATE JUDGE